# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

CURTIS LEE EVERITT,

Defendant.                                                    No. 07-30136-DRH

## ORDER

**HERNDON, Chief Judge:**

Before the Court is Defendant Curtis Lee Everitt's Motion for Extension of Time to File Objections to the Presentence Investigation Report (Doc. 363). Defendant Everitt argues that his counsel needs additional time in which to file objections in order to research issues that were presented during the review of the PSR. Defendant requests an additional seven (7) days in which to file objections. Based on the reasons in the motion, the Court **GRANTS** Defendant Everitt's motion for extension of time to file objections to the presentence investigation report (Doc. 363). Defendant will have up to and including **August 28, 2009** in which to file objections.

**IT IS SO ORDERED.**

Signed this 21st day of August, 2009.

/s/      DavidRHerndon

**Chief Judge**
**United States District Court**